UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARINEMAX, INC., et al.,

      Plaintiffs,

v.                       CASE NO:  8:10-cv-1059-T-33AEP

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

      Defendant.
_____/


**ORDER**

    This cause comes before the Court pursuant to Defendant National Union's Motion to Dismiss or, Alternatively, to Stay Litigation and Compel Alternative Dispute Resolution (Doc. # 8).  Plaintiffs Marinemax and Newcoast Financial filed a Response thereto (Doc. # 11), and National Union filed, with leave of Court, a Reply thereto (Doc. # 16).

    Marinemax and Newcoast Financial filed a one-count Complaint against National Union alleging that National Union issued a Miscellaneous Professional Liability Insurance Policy to Marinemax and Newcoast Financial for the policy period beginning May 15, 2009, and ending May 15, 2010 (Doc. # 1). Marinemax and Newcoast Financial allege that various liability claims have been made against Marinemax and Newcoast Financial and that National Union denied coverage for the claims,

causing damage to Marinemax and Newcoast Financial.

The policy in question contains a mandatory Alternative Dispute Resolution provision.  National Union now moves this Court to dismiss the Complaint without prejudice or, alternatively, to stay this action and compel the parties to participate in a Alternative Dispute Resolution proceeding as required by the policy.

Marinemax and Newcoast Financial respond that they have no objection to this Court granting the motion to stay, but request that the Court direct the parties to court-ordered mediation instead.  Court-ordered mediation, however, is not an option provided by the mandatory Alternative Dispute Resolution provision of the policy.

Having considered the motion, the response and reply thereto and being otherwise fully advised, the Court finds that the motion is due to be granted, this action stayed and the parties compelled to participate in the Alternative Dispute Resolution process as required by the policy.  See Trembath v. Meritplan Ins. Co., No. 8:09-cv-1110-T-17TGW, 2009 WL 2147112 (M.D. Fla. July 16, 2009).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  Defendant National Union's Motion to Dismiss (Doc.

2

# 8) is **DENIED**; and Motion to Stay Litigation and Compel Alternative Dispute Resolution (Doc. # 8) is **GRANTED**.  The parties shall proceed to alternative dispute resolution as specified in the policy.

(2)  The case is **STAYED and ADMINISTRATIVELY CLOSED** pending the resolution of the alternative dispute resolution proceedings.

(3)  The parties shall file a joint status report within 90 days of the date of this Order to inform the Court of the status of the alternative dispute resolution proceedings.  Thereafter, the parties shall continue to file joint status reports with the Court every 90 days until the alternative dispute resolution proceedings are completed.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 15th day of October, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

3