UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARINEMAX and NEWCOAST
FINANCIAL SERVICES, LLC,

      Plaintiffs,

                              CASE NO.: 8:10-cv-1059-T-33AEP
v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,

      Defendant.
_____/

**<u>ORDER</u>**

    This cause is before the Court pursuant to Defendant's Motion for Attorneys' Fees and Costs Pursuant to Section 768.79 Florida Statutes (Doc. # 63), filed on March 7, 2013; Plaintiffs' Motion for Entitlement to Attorneys' Fees Pursuant to Fla. Stat. § 627.428 and to Tax Costs (Doc. # 65), filed on March 8, 2013; Plaintiffs' proposed Bill of Costs (Doc. # 66), filed on March 8, 2013; and the parties' Joint Motion for Order Staying Consideration of Motions for Fees and Costs (Doc. # 70), filed on March 21, 2013. For the reasons that follow, this Court denies without prejudice the motions for fees and costs and the proposed bill of costs and denies as moot the parties' joint motion for stay.

**Analysis**

On March 6, 2013, Plaintiffs filed a notice of appeal (Doc. # 62) of this Court's February 4, 2011, Order (Doc. # 54) which denied Plaintiffs' motion for leave to amend, granted in part and denied in part Plaintiffs' motion for summary judgment, and granted in part and denied in part Defendant's motion for summary judgment.

As a general rule, the filing of a notice of appeal divests a district court of jurisdiction with respect to any matters involved in the appeal. Taylor v. Sterrett, 640 F.2d 663, 667-668 (5th Cir. Unit A March Mar. 1981); see also Silverthorne v. Laird, 460 F.2d 1175, 1178 (5th Cir. 1972).[1] The Court has discretion to deny a motion for attorneys' fees and costs without prejudice to re-file after the appeal has concluded.  The Advisory Committee Notes to Rule 54(d)(2) explain: "If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved." See Advisory Committee

---

[1]   In Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981), the Eleventh Circuit adopted all cases decided by the Fifth Circuit Court of Appeals prior to the close of business on September 30, 1981, as binding precedent.

Notes to the 1993 amendment to Rule 54(d)(2).

If this Court were to resolve the attorneys' fees and costs issues while an appeal remains pending, it would engage in the piecemeal adjudication of attorneys' fees and costs. Immediate resolution of the collateral issues of attorneys' fees and costs is unlikely to assist the Court of Appeals. The record reflects no good cause for the motions for attorneys' fees and the proposed bill of costs to remain pending during pendency of the appeal. Last, attorneys' fees and costs are often resolved in appellate mediation. <u>See</u> <u>Larson v. Correct Craft, Inc.</u>, 6:05-cv-686-Orl-31-GKJ, 2008 U.S. Dist. LEXIS 32311, *3 (M.D. Fla. Apr. 18, 2008). Thus, the Court denies the aforementioned motions seeking attorneys' fees and costs (Doc. ## 63, 65) and the proposed bill of costs (Doc. # 66), without prejudice to the parties' right to re-file the motions no later than fourteen days after entry of a mandate by the Court of Appeals. The parties' Joint Motion for Order Staying Consideration of Motions for Fees and Costs (Doc. # 70) is accordingly denied as moot.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1)  Defendant's Motion for Attorneys' Fees and Costs Pursuant to Section 768.79 Florida Statutes (Doc. # 63) is **denied**

-3-

**without prejudice**.

(2)   Plaintiffs' Motion for Entitlement to Attorneys' Fees Pursuant to Fla. Stat. § 627.428 and to Tax Costs (Doc. # 65) and proposed Bill of Costs (Doc. # 66) are **denied without prejudice**.

(3)   The parties may re-file their motions and proposed bill(s) of costs no later than fourteen days after entry of a mandate by the Court of Appeals.

(4)   The parties' Joint Motion for Order Staying Consideration of Motions for Fees and Costs (Doc. # 70) is **denied as moot**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>25th</u> day of March, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All counsel of record

−4−